IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAZARIO BURGOS | : | CIVIL ACTION |
| v. | : | |
| STEPHEN J. MCEWAN, J., ET AL. | : | NO. 10-3461 |

## O R D E R

AND NOW, this 19th day of August, 2010, IT IS HEREBY ORDERED as follows:

1. Leave to proceed in forma pauperis is GRANTED;

2. This civil action is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915A(b); and

3. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.